An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEE V. TOWLES,
Petitioner,
vs.
BACA, WARDEN; AND THE
ATTORNEY GENERAL, OF THE
STATE OF NEVADA,
Respondents.

No. 63366

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for a writ of habeas corpus. Petitioner asserts that the State failed to demonstrate that the district court had jurisdiction to convict him and seeks an order directing the Nevada Department of Corrections to release him to the custody of Nye County to allow him to serve a jail term for a misdemeanor conviction in that county. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21578

cc: Dee V. Towles
Attorney General/Carson City
Eighth District Court Clerk